Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jody L. Sisco,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>       Defendant. | Civil Action No: 2:18-cv-00098-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, July 16, 2018, to file the Motion for Summary Judgment.

      IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 06/14/2018               / s / Joseph C. Fraulob
                                      Joseph C. Fraulob
                                      Attorney for Plaintiff

Dated: 06/14/2018               / s / Margaret Branick-Abilla
                                      Margaret Branick-Abilla
                                      Special Assistant U.S. Attorney
                                      Attorney for Defendant

IT IS SO ORDERED.

Dated: June 15, 2018

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE