Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jody L. Sisco,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>  Defendant. | Civil Action No: 2:18-cv-00098-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, August 15, 2018, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  07/13/2018                                  / s / Joseph C. Fraulob
                                                              Joseph C. Fraulob
                                                              Attorney for Plaintiff

Dated:  07/13/2018                                  / s / Margaret Branick-Abilla
                                                              Margaret Branick-Abilla
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant

IT IS ORDERED.

Dated:  July 17, 2018

                                                              _____
                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE

-1-